UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JOHNSON, et al.,<br>       Plaintiffs,<br>   v.<br>GIGSMART, INC.,<br>       Defendant. | Case No. 25-cv-02003-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Alex G. Tse for consideration of whether the case is related to *Johnson v. GIGSMART, INC.*, 24-cv-02521-AGT.

**IT IS SO ORDERED.**

Dated: March 4, 2025

THOMAS S. HIXSON
United States Magistrate Judge